

**New York's Protection & Advocacy System and Client Assistance Program**

February 21, 2018

*By ECF*

The Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Re</u>: **<u>Disability Rights New York v. New York State, et al.</u>**
**USDC EDNY Civil Action No. 17 CV 6965 (RRM) (SJB)**

Dear Judge Bulsara:

Plaintiff Disability Rights New York (DRNY) is in receipt of Defendants' letter dated, February 21, 2018, requesting an adjournment of the initial conference, currently scheduled for February 27, 2018. While we object to Defendants' characterization of the facts and their attempts to contact DRNY, we do not oppose the request for an adjournment. We respectfully request that the Court reschedule the conference for a date after the March 5th submission date.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/

Lara H. Weissman, Esq.
Disability Rights New York
25 Chapel Street, Suite 1005
Brooklyn, New York 11201

cc: James Mirro, Esq.

725 Broadway, Suite 450
Albany, New York 12207
(518) 427 -6561 (fax)

25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(718) 797-1161 (fax)

44 Exchange Blvd, Suite 110
Rochester, New York 14614
(585) 348-9823 (fax)

mail@DRNY.org ● www.DRNY.org

(800) 993-8982 (toll free) ● (518) 432-7861 (voice) ● (518) 512-3448 (TTY)